

**SEX OFFENDER MANAGEMENT AND MONITORING PROGRAM PARTICIPATION NOTIFICATION**
State Form 49826

Indiana Department of Correction

| Offender's Name (Print) | DOC Number | Facility | Housing Unit |
|---|---|---|---|
| | | | |

The Indiana Department of Corrections has created programs for all offenders who have been convicted of a sex offense, as defined by the Indiana Code. The Sex Offender Management and Monitoring Program (S.O.M.M) provides offenders with the opportunity to explore their offending behaviors and to begin to modify their behavior and thinking errors.

The S.O.M.M. Program is offered to sex offenders who are within three (3) years of their Earliest Possible Release Date (EPRD). Based upon your conviction and your EPRD, you are eligible for this program and are required to attend and participate. Failure to agree to attend the program and participate as required so that you may successfully complete the program will result in a disciplinary action being taken.

Participation in the S.O.M.M. Program is based upon the evaluation of the offender completed by S.O.M.M. and Department staff, as well as a review of the offender's prior criminal history and other information useful to staff to determine the offender's potential for future criminal behavior. Based upon this evaluation, the offender will be placed into either the low, medium or high level of the program and will receive either 40, 80 or 120 hours of classroom programming. Staff will explain your program level and the requirements of the program to which you are assigned.

By my signature below, I acknowledge I have read and understand this notification or have had this notification read and explained to me. I understand that failure to attend and successfully participate in the S.O.M.M. Program will result in being charged with a violation of Code 116 of the Disciplinary Code for Adult Offenders and that I may be sanctioned in accordance with the sanctioning guidelines in the Disciplinary Code.

☐ I **AGREE** to participate in the S.O.M.M. Program.

☐ I **REFUSE** to participate in the S.O.M.M. Program. I understand that refusing to participate will result in a "Report of Conduct" being written and a Disciplinary Hearing being held for violation of Code 116.

Reason for Refusing to Participate

| Signature of Offender | Date |
|---|---|
| | |

| Signature of Staff Person Presenting Notification | Printed Name of Staff Person | Date |
|---|---|---|
| | | |

| Signature of Witness | Printed Name of Witness | Date |
|---|---|---|
| | | |

Exhibit A

Distribution: Original – SOMM Folder, Copy to Offender, Copy to Offender Packet