> **SEX OFFENDER MANAGEMENT AND MONITORING PROGRAM**
> **Informed Consent to Participate in Sex Offender Treatment**

Completion of this consent form is voluntary. However, if not completed, you will not be allowed to participate in Phase II of the Indiana Sex Offender Management and Monitoring (INSOMM) Program. This form will be maintained in the INSOMM Program Offender File and is accessible only to those individuals outlined below.

### General Program Information

The INSOMM Program consists of three Phases:

#### Phase I: Consent and Assessment

I understand that I must complete a series of tests and questionnaires prior to starting, during, and at the completion of the Phase II treatment program. The information gathered from these tests will be used by INSOMM providers to determine the best course of treatment for me, and to measure any benefits that I may be receiving from participation in the program.

#### Phase II: Sex Offender Specific Risk Based Treatment

I understand that, as part of Phase II of the INSOMM Program, I will be required to discuss and take responsibility for past acts of sexual violence and abuse that I have committed in order to benefit from the program. I also understand that INSOMM treatment providers are required by law to report the names of any identifiable child or disabled adult victims that I may disclose during the course of my treatment.

I understand that Phase II of the INSOMM Program consists of group therapy sessions that will allow me to gain important information about my sexual offending behavior, and learn ways to reduce the chances that I will re-offend. I understand that I must attend all scheduled group sessions and satisfactorily participate in the program in order to receive a Certificate of Program Completion. I understand that I may be required to participate in a polygraph examination relating to my index offense and/or sexual history.

#### Phase III: Community Management and Monitoring

I understand that, as part of Phase III of the INSOMM Program, I will be required to attend and participate in sex offender treatment in the community, and that I will also be required to take a polygraph exam at least every 6 months.

### Limits of Confidentiality

I understand that, when necessary, INSOMM Program treatment providers and staff may share information with each other, and with the following individuals and/or entities, both verbally and in writing, about my treatment and supervision needs:

- Indiana Department of Correction personnel
- Community providers of sex offender specific treatment services
- Mental health treatment providers
- Providers of psychiatric evaluation, treatment and/or medication
- Substance abuse treatment providers
- Polygraph Examiners
- Other counseling related services (e.g., job training, vocational programs, etc.)
- Family members/support persons (e.g., clergy, 12-step sponsor, employer, landlord, etc.)

I understand that the nature of the information to be shared shall include, but not be limited to, information about my sex offending behaviors, specific information concerning case management, my level of participation in group, and my progress in the INSOMM Program.

I understand that the Department of Correction and the INSOMM Program may provide information about me without my permission to the Indiana Parole Board and appropriate Probation Department for supervision purposes (Administrative Code 210 IAC 1-6-6).

### Consent and Right to Withdraw Consent

As indicated by my signature below, I give my consent to participate in the INSOMM Program. I understand that participation is voluntary. I also understand that I retain the right to withdraw my consent for participation at any time. I understand that if I wish to withdraw my consent for participation in the INSOMM Program, I must do so in writing. I also understand that if I withdraw my consent for participation in the INSOMM Program, I may not be allowed to return to the program, and that the Indiana Department of Correction will be notified of my decision.

_____     _____     _____
Offender Signature                    DOC #              Date

_____                         _____
Witness Signature                                        Date