## SEX OFFENDER MANAGEMENT AND MONITORING PROGRAM
## Sex Offender Treatment Participation Agreement

As an INSOMM Phase II treatment participant, you will be expected to abide by the following rules:

### Group Expectations

Minimal progress is expected from each treatment participant in Phase II. The following guidelines will be used to determine if the treatment participant is progressing adequately:

- Participation is expected in all group sessions. You are required to disclose information relevant to your offending behavior.
- Being shy, quiet, and/or introverted are not acceptable reasons for nonparticipation.
- You are expected to complete assigned group work within the time allotted by the group facilitator(s).
- Appropriate confrontation and exchange of ideas are expected.
- Distracting group by engaging in side conversations will not be tolerated.
- Continued use of inappropriate language, aggression, and/or threats (direct or implied) will not be tolerated.
- Assessment of what you have learned in the INSOMM program will occur at various times during your participation. Failure to demonstrate satisfactory understanding of treatment concepts and material may require you to repeat certain groups or sections of the program.

### Reporting of Rule Violations

The violation of institutional rules is suggestive of criminal thinking and behavior. It is important that you take responsibility for your behaviors, both past and present. To this end, you will be expected to notify the group when you have been written up for a rule violation. You will present the write-up to the group and explain the violation. You will then discuss ways in which you can avoid future write-ups with the group.

### Attendance Policy

You are expected to attend ALL scheduled groups. You may only be excused from group for the following reasons:

- School testing (must request excused absence from group in advance).
- Medical (appointment or verified illness).
- Meeting with the Conduct Advisory Board (CAB).

If you miss a group for any reason other than those listed above, you will be subject to the disciplinary process outlined in the next section.

Exhibit C                    1 of 2

### Violations of this Agreement

The following progression of interventions will be used if you violate any part of this agreement. If you fail to adequately address or resolve the issue at hand, the next level of treatment intervention will be implemented:

Level 1 – You will be required to verbally process his failure to meet program requirements with other group members and group facilitator(s).

Level 2 – You will be required to write a paper that addresses the problem area(s). This assignment must be completed in a time allotted by the group facilitator(s). The assignment will be read to the group, and group members and group facilitator(s) will subsequently determine if the assignment was satisfactorily completed.

Level 3 – You will be suspended from group for a period of one week in order to reflect on your counter-therapeutic behavior. Upon your return to group, you must present in writing to the group facilitator(s) and must verbalize to the group the effect of your behavior on yourself and others how you plan to change your behavior, and your reasons for wanting to remain in treatment.

Level 4 – You will be suspended from group for a period of no less than three months during which time you must complete all homework assignments previously assigned in Levels 1 through 3 before you can reapply for sex offender specific treatment. In addition, you will be subject to the sanctions set forth by the Indiana Department of Correction under Executive Directive #06-30.

As indicated by my signature below, I acknowledge that I have read, understand, and consent to the terms of the Sex Offender Treatment Participation Agreement.

_____  _____  _____
Offender Signature                DOC #                    Date

_____                          _____
Witness Signature                                          Date