

STATE OF INDIANA
Department of Correction
Indiana Government Center – South
302 W. Washington Street • Indianapolis, Indiana 46204-2738
Phone: (317) 232-5711 • Fax: (317) 232-6798 • Website: www.in.gov/indcorrection/

Mitchell E. Daniels, Jr.
Governor

J. David Donahue
Commissioner

July 27, 2006

**EXECUTIVE DIRECTIVE:    # 06 – 30**

Recent changes made by the Indiana General Assembly gives the Department of Correction the authority to mandate that offenders convicted of sex crimes participate in an approved treatment program for sex offenders. Sex offenders who refuse to participate in these treatment programs may be subject to disciplinary actions that may result in a demotion in Credit Class and/or loss of Earned Credit Time.

This Executive Directive presents a new offense that is to be included in the Disciplinary Code for Adult Offenders which shall be used whenever a sex offender is ordered to participate in a sex offender program and refuses or when an offender in a sex offender treatment program is terminated from the program by staff for refusing to participate or other behavioral reasons. At this time, this new offense shall be used only for sex offender treatment programs.

Any offender with a history of a sex offense conviction shall be advised that the Sex Offender Treatment Program (SOMM) is a mandatory program and that failure to participate in the program or failure to complete the program successfully shall result in a disciplinary action. If an offender refuses to participate in the SOMM Program, the offender shall be charged with the following disciplinary code offense:

Code 116    Refusing to participate in a mandatory program (as authorized by statute or by order of the Commissioner), to include: failure to register for the program, failure to comply with the criteria for participation in the program, failure to cooperate with the staff presenting the program and being terminated from the program based upon failure to participate or for behavioral reasons.

Offenders who initially refuse to participate in the SOMM Program shall be charged with a violation of Code 116. The SOMM or staff person who instructs the offender to participate in the program shall write the "Report of Conduct." The person writing the "Report of Conduct" shall have the offender sign the appropriate form indicating that he refuses to participate. (See attached form.) Additionally, another staff person shall be present to witness the offender's refusal to participate. The SOMM Program Notification form shall be used as written documentation that the offender has refused to participate in the SOMM program.

If an offender is found guilty of this violation, the offender shall be demoted to Credit Class 3 in accordance with the Disciplinary Code for Adult Offenders. Additionally, any offender who is found guilty of a Code 116 shall be recommended to the Superintendent to be placed on non-contact visits in accordance with the administrative procedures for Policy 02-01-102, "Offender Visitation."

Executive Directive: # 06-30
July 27, 2006
Page 2

If the offender initially refuses to participate but changes his mind prior to the hearing on this charge or at the hearing, the offender shall still be found guilty based upon the evidence presented at the hearing. If the offender then agrees to participate at the hearing, the offender shall be demoted to Credit Class 3 but shall have the sanction suspended in accordance with the Disciplinary Code for Adult Offenders. This suspension shall be for a period of six (6) months. During that time, the offender should be enrolled in the SOMM Program. If the offender is terminated from the SOMM Program or receives another Class A or B conduct violation, the offender shall have the suspended sanction(s) imposed.

Five (5) months following the sex offender's finding of guilt of a Code 116, the offender shall be instructed to participate in the SOMM Program again. If the offender again refuses to participate in the program, the offender shall be charged with violating Code 116 again using the same procedure as indicated above. If the evidence supports a finding of guilt at the disciplinary hearing, the offender shall be retained in Credit Class 3 and 180 days of earned credit time shall be deprived, if available. Other lesser non-grievous sanctions may be imposed as well.

In addition, any sex offender refusing to participate in sex offender treatment shall be deemed NOT to demonstrate a pattern consistent with rehabilitation and is therefore disqualified from earning any additional Earned Credit Time for completing educational/vocational or substance abuse programs.

Offenders who have been found guilty of a Code 116 or other Class A or B disciplinary code violation shall not be restricted from participating in the SOMM Program based upon the disciplinary code violation(s). If a sex offender refuses to participate in the SOMM Program or is terminated from the SOMM Program, the offender shall not be permitted to participate in any other program or work assignment until the offender agrees to participate and completes the SOMM Program.

All adult male facilities shall ensure that staff and offenders are made aware of this Executive Directive. This Executive Directive shall be posted in the Law Libraries and all offender housing units. This Executive Directive shall be considered effective immediately; however, offenders shall not be charged with a Code 116 violation until they have been made aware of this new offense and the sanctions for violating this offense.

If you have any questions regarding this Executive Directive, please contact Mr. Jim Wynn, Director of Classification, at (317) 232-2233, or Mr. Michael Pavese, Policy Manager, at (317) 232-5703.

<u>Signature on File</u>
J. David Donahue
Commissioner