# REPORT OF CONDUCT
State Form 39590 (R3/4-94)

**INDIANA DEPARTMENT OF CORRECTION**

Case number: TY08-01-0069
Date assigned: 1/14/08

**INSTRUCTIONS:** Type or Print clearly

**NOTE TO REPORTING EMPLOYEE:** This report is to be filled out in triplicate. All copies shall be forwarded to the screening officer, in accordance with the Disciplinary Code for Adult Offenders.

| Field | Value |
|---|---|
| Name of offender | Vincent Hudson |
| Offender's DOC number | 941244 |
| Facility | IYC |
| Housing unit | ND2-7U |
| Date and time of Incident | 01/11/08 10:30 a.m. |
| Place of incident | North Dorm Group Room 1 |
| Date report written | 01/11/08 |
| Offense | 116 Refusing to Participate Mandatory Program |
| Code number | 116-A |

**DESCRIPTION OF INCIDENT** (if more space is needed attach additional sheets in triplicate)

On Friday, January 11, 2008 at about 10:30 am I, Dr. Janice Boyd interviewed offender Hudson #941244 for participation in the Sex Offender Management and Monitoring program (SOMM). The interview was conducted in room Group Room 1 of North Dorm. Kyle Shore was witness to this interview. The SOMM program was made mandatory by Executive Directive 06-30. Offender Hudson was informed as to the content of the Executive Directive 06-30 and the consequence he would receive if he refused the SOMM program. Offender Hudson, after have being notified of the SOMM program, refused to participate. He refused the program and signed State Form 49826 indicating this. A copy of this form has been attached as evidence.

Disposition of physical evidence, if any: ED 06-30, SF 49826

Witness(es), if any: Kyle Shore

Signature of reporting employee: Dr. Janice A. Boyd

Name and title (please print): Dr. Janice A. Boyd - INSOMM Assessment Specialist

Screening officer: [signature]

**FOR SCREENING OFFICERS ONLY**

Copy of report delivered to offender by: [signature]

Signature of offender receiving copy: Vincent Hudson

Note here if offender refuses to sign:

Date report delivered (month day, year): 1/14/08

Exhibit E

**DISTRIBUTION:** White - Offender; Canary - Central Office; Pink - Facility Packet