

# REPORT OF DISCIPLINARY HEARING
State Form 39586 (R6 / 9-00)

**INDIANA DEPARTMENT OF CORRECTION**

| Case number | IYC08-01-0069 | Date assigned | 01/14/08 |
|---|---|---|---|

| Name of offender | HUDSON VINCENT D | DOC number | 941244 | Facility | IYC | Date of hearing | 1-18-08 |
|---|---|---|---|---|---|---|---|

| Offense | Failure to participate in manditory prog. | Code number | 116A | Date of alleged offense | 01/11/08 | Plea | Not Guilty |
|---|---|---|---|---|---|---|---|

**Offender's comment:** I Refuse Because I am still in the APPeals Court, I can't decision Pass

The evidence and / or witness statements that you requested at your screening or were otherwise requested by staff was / were considered. The following evidence was relied on to reach the decision in this hearing:

- [x] Staff Reports
- [x] Statement of Offender
- [ ] Evidence from Witnesses
- [x] Other (specifically): Staff Statement Sworn Agreed ED-06-30
- [ ] Physical Evidence (specifically)

**Decision:**
- [ ] Dismissed
- [x] Guilty
- [ ] Not Guilty

Continuance requested: [ ] Yes  [x] No

**Reason for decision:** Based upon the above c/e/evidence DHB Finds Hudson, 941244 Guilty of a 116A

If finding is guilty, the following sanction(s) is / are hereby imposed / recommended:

**NON-GRIEVOUS LOSS**
- [ ] Written reprimand specifically:
- [ ] Change in work / housing assignment, specifically:
- [ ] Disciplinary segregation (less than 15 days) specifically:
- [ ] Extra work duty, specifically:
- [ ] Inter-Facility transfer recommendation, specifically:
- [ ] Loss of privileges, specifically:
- [ ] Restitution, ($200.00 or less) specifically:

**GRIEVOUS LOSS**   **APPROVED**
- [ ] Disciplinary segregation, specifically:
- [ ] Restitution, (over $200.00) specifically:
- [ ] Recommended earned credit time deprivation of ____ days.
- [x] Recommended credit class (CC) change: retain / demote / promote 1 To CC III
- [ ] Imposition of suspended sanction: case number:

Sanction Imposed:

**Reason for sanctions imposed:**
- [x] Seriousness
- [ ] Frequency / Nature
- [ ] Offender's attitude and demeanor during hearing
- [ ] Degree to which violation disrupted/endangered security of facility
- [ ] Likelihood of sanction having a corrective effect on offender's future behavior

| Effective date (month, day, year) 1-18-08 | New PRD (month, day, year) 12-22-2010 | Remaining ECT to date (after this action) |
|---|---|---|

I have been made aware of this disposition / recommendation and of my rights to appeal.

Signature of offender: Vincent Hudson

Exhibit F

| Name of member: Allen | Name of chairman: | Name of member: |
|---|---|---|

DISTRIBUTION: White - Facility Packet; Canary - Central Office Packet; Pink - Offender