# REPORT OF CONDUCT

State Form 39590 (R3/4-94)

**INDIANA DEPARTMENT OF CORRECTION**

Case number: IYC08-06-0146
Date assigned: 6/18/08

**INSTRUCTIONS:** Type or Print clearly

**NOTE TO REPORTING EMPLOYEE:** This report is to be filled out in triplicate. All copies shall be forwarded to the screening officer, in accordance with the Disciplinary Code for Adult Offenders.

| Name of offender | Offender's DOC number | Facility | Housing unit |
|---|---|---|---|
| Vincent Hudson | 941244 | IYC | A4 04U |

| Date and time of incident | Place of incident | Date report written |
|---|---|---|
| 6/18/08  9:00 am  ☒ a.m. ☐ p.m. | North Dorm SOCAP Office | 6/18/08 |

| Offense | Code number |
|---|---|
| 116 Refusing Mandatory Program | 116-A |

**DESCRIPTION OF INCIDENT** (If more space is needed attach additional sheets in triplicate)

On Wednesday, June 18, 2008 at about 9:00 am offender Hudson, 941244 PR failed to successfully participate in SOMM Phase 2. Offender Hudson was interviewed for participation in the Sex Offender Management and Monitoring program (SOMM) in the Group Room of the North Dorm on March 3, 2008. The SOMM program was made mandatory by Executive Directive 06-30. Offender Hudson was informed as to the content of the Executive Directive 06-30 and the consequence he would receive if he refused, quit or was removed from the SOMM program. Offender Hudson, after have being notified of the SOMM program, failed to successfully participate in treatment by refusing to follow the treatment contract. On May 7th, 2008 he was given a polygraph. He was instructed on today's date that he would be required to take responsibly for his offense or he was in violation of his treatment contract. He stated, "I am not going to admit to anything, I am going back to court." He was asked several times during this SOCAP meeting and continued report he was not going to take accountability for his offense. Offender Hudson was removed from Phase 2 for failure to demonstrate behaviors inductive of treatment and refusing to complete required assignments.

Disposition of physical evidence, if any: SF 49826, ED 06-30

Witness(es), if any: Stewart Sharpe, Lela Sanders

Name and title: Kyle Shore, SOMM Counselor

Screening officer: L. Reyes

**FOR SCREENING OFFICERS ONLY**

Copy of report delivered to offender by: L. Reyes
Signature of offender receiving copy: Vincent Hudson
Date report delivered: 6/18/08

DISTRIBUTION: White - Offender; Canary - Central Office; Pink - Facility Packet