

| INDIANA DEPARTMENT OF CORRECTION **OFFENDER GRIEVANCE PROGRAM FORMAL GRIEVANCE** STATE FORM # 45471 | For Official Use Only <br><br> Grievance Number |
|---|---|

| TO: EXECUTIVE ASSISTANT | FACILITY: I.Y.C. | DATE: 6-18-08 |
|---|---|---|
| FROM: (OFFENDER NAME & DOC NUMBER) Vincent Hudson #941244 | | SIGNATURE OF OFFENDER *Vincent Hudson* |
| WORK ASSIGNMENT: Kitchen A.M. | | HOUSING ASSIGNMENT: A4-44 |

### INFORMAL COMPLAINT

Please explain what steps you have taken in order to try to resolve this issue informally. Please indicate the staff person(s) with whom you have discussed this issue and any response(s) or action(s) that were provided to resolve this issue.

STAFF PERSON(S) CONTACTED: Ms. Sanders, Mr. Geoge, and Mr. Jackson

STAFF PERSON WHO RESPONDED: Mr. Geoge (said he would look into it)  DATE RESPONSE RECEIVED: 6-18-08

STATE COMPLAINT PRESENTED TO STAFF AND THE RESPONSE RECEIVED: (NOTE: A SINGLE ONE-SIDED 8 1/2" X 11" SHEET OF PAPER MAY BE ATTACHED IF NECESSARY TO EXPLAIN YOUR GRIEVANCE.)

On the 6-18-08 I attended Socap meeting and upon the interview Mr. Shore made it known that I didn't past the lie detective test, and I said I know this already, cause I missed three question. And he said he was going to put me back in Somm. class. I said ok. Then he stated that I had to amit to my case which I didn't even amit to the crime during my trial! So why should I have to admit something to him, he just & the counselor. And I signed up for the lie detective test even befor I started Somm. and still was going to Somm. Class. Mr. Shore was the one who took me out of class cause he said I still was going through with my appel.

### FORMAL GRIEVANCE

PROVIDE A BRIEF, CLEAR STATEMENT OF YOUR GRIEVANCE. INCLUDE ANY INFORMATION THAT WAS NOT INCLUDED IN YOUR INFORMAL COMPLAINT THAT MAY ASSIST STAFF IN RESPONDING TO YOUR GRIEVNACE. (NOTE:MAY BE CONTINUED ON SAME SHEET AS USED TO STATE YOUR COMPLAINT.)

STATE RELIEF THAT YOU ARE SEEKING: I would like to continue on with my class, long as I am there everyday and doing my assignments I should be able to attend Somm. Cause I didn't refuse Somm. I just won't say I am guilty. Mr. Shore was the one who took me out in the first place!

Signature of Executive Assistant _____  Date _____

6-18-08

Now Mr. Shore said cause I didn't past the lie detective test he was going to write me up on a #116 for refusing to amit to my charge, knot once did he say I refused Somm! He said cause I won't amit to crime I got found guity on! And I was attending the Somms. class every week! Mr. Shore was the one who took me out, knot me! Mr. Shore took me out of class. And it hasn't even been 90 day since he took me out, so how can he write me up on a #116? The "Legislator" states long as you particapate in Somm. Which I was doing and Mr. Shore took me out! And now he's trying to write me up after he took me out of class. And he gave me my visits back! Just last month, so how could I knot be complying to Somm?

Sincerly,
Vincent Hudson #941244
North Dorm  A4-44