

| INDIANA DEPARTMENT OF CORRECTION<br>**OFFENDER GRIEVANCE PROGRAM**<br>**RETURN OF GRIEVANCE** | GRIEVANCE NUMBER |
|---|---|

| TO: OFFENDER NAME & DOC NUMBER:<br>Hudson, Vincent #941244 | FACILITY:<br>IYC | GRIEVANCE DATE:<br>6/18/2008 |
|---|---|---|
| WORK ASSIGNMENT:<br>Kit | HOUSING ASSIGNMENT:<br>Hun A | |
| DATE GRIEVANCE RECEIVED:<br>6/27/2008 | DATE GRIEVANCE RETURNED:<br>6/27/2008 | |

THE ATTACHED GRIEVANCE IS BEING RETURNED TO YOU BECAUSE YOU HAVE FAILED TO COMPLY WITH THE ADMINISTRATIVE PROCEDURES FOR POLICY 00-02-301, "OFFENDER GRIEVANCE PROCESS". THIS GRIEVANCE IS BEING RETURNED FOR THE FOLLOWING REASON(S):

\_\_\_\_\_ No indication that you have attempted to resolve this grievance informally. If you have attempted to resolve this grievance informally, please, include the required information regarding the action taken and the response received. If you did not attempt to resolve this grievance informally, you have five (5) working days from the date below to attempt to do so; otherwise this grievance will not be considered.

\_\_\_\_\_ This grievance is a request for reimbursement or replacement of personal property that has been lost, damaged or destroyed. This claim is handled through the Tort Claim process, Policy 00-01-104. See the Law Library

✓ This Grievance concerns a Classification or Disciplinary Hearing action. These types of actions are to be appealed through their own appeal process and not through the grievance process.

\_\_\_\_\_ There is no indication that you were personally affected by a Department or Facility action or policy / procedure.

\_\_\_\_\_ This Grievance appears to be on behalf of a group and group grievances are not permitted.

\_\_\_\_\_ This grievance is not signed and / or is not dated. Does not contain your commitment name and / or DOC number. All areas of the form must be properly filled out. Once completely filed out, if needed, you can attach a single one sided sheet of paper.

\_\_\_\_\_ This grievance contains multiple issues. Grievances are to address only one (1) issue unless there is a direct relationship between multiple issues. You may submit separate grievances for the separate issues.

\_\_\_\_\_ This grievance is not legible, understandable, presented in a courteous manner or contains excessive legal jargon. To process your grievance in an expeditious manner, only Black, Blue ink is to be used when writing your formal grievance. Grievances submitted in any other form, i.e.... Pencil, red ink, green ink, etc... will no longer be accepted.

\_\_\_\_\_ This grievance concerns an issue that cannot be resolved by the Department of Correction because the issue is beyond the authority of the Department. This issue may be addressed to:

\_\_\_\_\_ This grievance / appeal was not submitted within the correct time frame. Unless you can show just reason(s) for this delay, this grievance / appeal will not be reviewed.

\_\_\_\_\_ This grievance concerns actions / procedures at another Facility. It should be directed to the Facility involved.

\_\_\_\_\_ The issue in this grievance was reviewed and addressed previously in grievance # _____.

\_\_\_\_\_ You are identified as a grievance abuser. This grievance exceeds the number of active grievances you are allowed to have in the system. To proceed with this grievance, you must withdraw at least one (1) currently pending grievance.

| PRINTED NAME OF EXECUTIVE ASSISTANT | SIGNATURE OF EXECUTIVE ASSISTANT | DATE OF RESPONSE |
|---|---|---|
| K. Mulroony | *[signature]* | 6/27/2008 |

If you wish to proceed with this grievance, you have five (5) working days from the date of this notification to re-initiate an informal grievance, if not already done, or to return the corrected grievance to the Executive Assistant.

Exhibit I