COPY: ACLU / ACLU

# INDIANA DEPARTMENT OF CORRECTION
## OFFENDER GRIEVANCE PROGRAM
### FORMAL GRIEVANCE
State Form # 45471

RECEIVED DEC 0 5 2008 Per

For Official Use Only

Grievance Number: _____

**TO:** EXECUTIVE ASSISTANT
**FACILITY:** New Castle Correctional Facility
**DATE:** 12/4/08

**FROM: (OFFENDER NAME & DOC NUMBER)** Dwayne Pettis #910689
**SIGNATURE OF OFFENDER:** Dwayne Pettis
**WORK ASSIGNMENT:** Dorm Sanitation
**HOUSING ASSIGNMENT:** J4-216

## INFORMAL COMPLAINT

Please explain what steps you have taken in order to try to resolve this issue informally. Please indicate the staff person(s) with whom you have discussed this issue and any response(s) or action(s) that were provided to resolve this issue.

**STAFF PERSON(S) CONTACTED:** ACLU Kenneth Faulk Att.
**STAFF PERSON WHO RESPONDED:** ACLU
**DATE RESPONSE RECEIVED:** 12/4/08

**STATE COMPLAINT PRESENTED TO STAFF AND THE RESPONSE RECEIVED:** (NOTE: A SINGLE ONE-SIDED 8 ½" X 11" SHEET OF PAPER MAY BE ATTACHED IF NECESSARY TO EXPLAIN YOUR GRIEVANCE.)

I am writing this grievance by the instructions of the ACLU and in regards to the illegalities of the SOMM program and how they are forcing offenders to recant past sexual experiences in full detail and also forcing offenders to subject themselves to polygraph test. If offenders do not comply, they loose all their earned credit time, of which is unconstitutional, all of which concerns me, Pettis #910689. The program violates my right not to incriminate myself by discussing my past sexual history.

## FORMAL GRIEVANCE

PROVIDE A BRIEF, CLEAR STATEMENT OF YOUR GRIEVANCE. INCLUDE ANY INFORMATION THAT WAS NOT INCLUDED IN YOUR INFORMAL COMPLAINT THAT MAY ASSIST STAFF IN RESPONDING TO YOUR GRIEVANCE. (NOTE: May be continued on same sheet as used to state your complaint.)

I was informed by SOMM staff at I.Y.C. and recently here at New Castle that I would have to take the SOMM program. In fact, the reason for my transfer to New Castle was for treatment through SOMM's program. If I refuse to participate, I was informed that I would be subjected to a class A 116 report of conduct of which demonstrates not free will or voluntary, but forceful acts to ensure I take the SOMM program or loose all my earned credit time.

**STATE RELIEF THAT YOU ARE SEEKING.**

Be exempt from S.O.M.M

Signature of Executive Assistant _____  Date _____

Exhibit J