| POLICY AND ADMINISTRATIVE PROCEDURES | | | |
|---|---|---|---|
| Indiana Department of Correction **Manual of Policies and Procedures** | | | |
| Number 00-02-301 | Effective Date 12/01/05 | Page 2 | Total Pages 29 |
| Title **OFFENDER GRIEVANCE PROCESS** | | | |

The Department shall ensure that this administrative process provides:

A. A fair and prompt decision and action in response to an individual offender's complaints;

B. An available channel for hearing and resolving concerns of offenders;

C. A management tool for administrators to keep informed of developing trends and specific problems so that they may be addressed in a timely manner;

D. A means to lessen conflict between offenders and staff and offenders and other offenders; and,

E. Administrative remedies to complaints in order to prevent litigation.

Staff shall take no reprisal for an offender exercising in good faith the right to use the grievance process. However, offenders who have been found abusing the grievance process may be restricted as to the number of grievances that they may have in the process at any one time.

III. DEFINITIONS:

For the purpose of these administrative procedures, the following definitions are presented:

A. Abuse: The use of the Offender Grievance Process in a manner other than in good faith, such as the filing of frivolous, repetitive or retaliatory grievances.

B. Appeal: The submission through the Executive Assistant of a grievance following the receipt of a response at one level to a higher level of review.

C. Department Offender Grievance Manager: The staff person in the Department's Central Office designated by the Commissioner as being responsible for receiving and ensuring that offender grievance appeals are investigated and a response is returned to the offender and for the oversight of the Offender Grievance Process .

D. Emergency Grievance: A grievance filed by an offender based upon a situation or condition which presents a potential and substantial risk to the life or safety of the offender or when irreparable harm to the offender's health is imminent.

# POLICY AND ADMINISTRATIVE PROCEDURES

Indiana Department of Correction

## Manual of Policies and Procedures

| Number | Effective Date | Page | Total Pages |
|---|---|---|---|
| 00-02-301 | 12/01/05 | 14 | 29 |

| Title |
|---|
| **OFFENDER GRIEVANCE PROCESS** |

resolved or the offender is not directed to another staff person who may assist in the resolution of the concern.

The offender is to attempt to contact the staff member as soon as possible after the incident, but in no case should the time period be more than five (5) working days from the date of the incident, unless the offender can provide a reasonable explanation for a delay. Normally, the offender should discuss the incident with this staff person and provide the staff person with all available information to assist in the resolution of the complaint. If the designated staff person is directly involved in the incident, the offender may contact the staff person's supervisor not directly involved in the incident to attempt to resolve it.

When discussing the grievance with staff, the offender is to be courteous and present the grievance in as much detail as possible. The staff person receiving the grievance shall determine whether he/she can address the problem. If not, the staff person shall, within 24 hours, contact staff who may be able to resolve the grievance.

The staff person discussing the grievance with the offender shall attempt to resolve the grievance as soon as possible. If the grievance cannot be resolved by the staff person within ten (10) working days, the staff person shall so advise the offender and the offender shall be permitted to initiate a formal written grievance.

Failure of the offender and staff to properly attempt to resolve the offender's grievance may result in a formal written grievance being returned to the offender and the offender not being permitted to proceed with the grievance process. If the staff person contacted by the offender does not attempt to resolve the grievance to the best of his/her ability and in good faith, the offender shall be permitted to proceed in the formal grievance process. Staff shall do nothing to impede the offender's ability to resolve the grievance informally or to take the grievance to the formal process.

XIV.    FORMAL GRIEVANCE PROCESS:

A.    Submitting the Grievance by the Offender:

If the offender has been unable to resolve his/her grievance informally, the offender shall be permitted to file a formal written grievance. The Executive Assistant shall ensure that the offender population has ready access to the forms necessary to the grievance process through the Unit Team. An offender wishing to file a formal written grievance shall file such grievance within 20 working days from the date of the incident triggering the grievance. The Facility Head may waive the time frame if there is a valid reason for doing so.

# POLICY AND ADMINISTRATIVE PROCEDURES

Indiana Department of Correction

## Manual of Policies and Procedures

| Number | Effective Date | Page | Total Pages |
|---|---|---|---|
| 00-02-301 | 12/01/05 | 15 | 29 |

Title

## OFFENDER GRIEVANCE PROCESS

A supply of State Form 45471, OFFENDER GRIEVANCE, is to be maintained in each housing unit and in other locations, such as the Law Library. If the offender cannot obtain this form in the offender's housing unit, the offender shall contact his/her counselor or the Executive Assistant. The offender shall be provided with the State Form 45471 within one (1) working day from the date the form is requested. An offender shall not be required to use a "Request for Interview" in order to request a grievance form.

The grievance must be submitted by the offender on his/her own behalf. One offender may not submit a complaint on behalf of another offender nor are "class action" complaints acceptable. However, staff or another offender may assist an offender who cannot write a grievance him/herself by writing the grievance/appeal for the offender. The grievance shall explain how the situation or incident affects the offender personally. The offender must explain what actions he/she has taken to try to resolve the grievance informally including the date he/she informally contacted staff about the grievance, the name and title of the staff person with whom he/she discussed the grievance and the response from the staff person. The facility shall ensure that a mechanism is in place in each housing unit or Unit Team to ensure that offenders who are illiterate, who do not speak or write English fluently or who have medical or psychological disabilities have assistance in preparing and submitting a grievance in accordance with this policy and administrative procedures. This assistance may be from other offenders who are assigned to assist in the preparation of grievances or staff if other offenders cannot assist.

In order for the grievance to be considered, it must include the following information:

1.   Name(s) of staff involved, if a staff person is involved;

2.   Date and time of the incident;

3.   Location where incident occurred;

4.   What happened or was said;

5.   Names of witnesses; and,

6.   Names of staff contacted by the offender and the response they provided to the offender at the informal step.

| POLICY AND ADMINISTRATIVE PROCEDURES | | | |
|---|---|---|---|
| Indiana Department of Correction | | | |
| **Manual of Policies and Procedures** | | | |
| Number 00-02-301 | Effective Date 12/01/05 | Page 16 | Total Pages 29 |
| Title OFFENDER GRIEVANCE PROCESS | | | |

Even if a staff person or another offender assists the offender in completing the grievance, the offender submitting the grievance must personally sign and date the State Form 45471. The offender's signature may be waived when the offender has transferred, does not know how to write, or is physically unable to write either by restraint or infirmity (disability). In such cases, a staff member is to indicate why the offender did not sign the form.

Grievances are to be written in plain and simple English and should state the issue in a simple and easy to understand manner. Offenders shall refrain from the use of legal terminology. Grievances containing excessive legal terminology may be returned and the offender instructed to file a plain English revision. However, a grievance shall not be returned solely on the grounds that the offender has quoted a Department policy/procedure or has cited a specific statute or court case or threatened to file a law suit.

Grievances containing profane language, except when used as a direct quote, may also be returned for rewriting, and may generate disciplinary action. It is the responsibility of the offender to ensure that the grievance is kept simple, clear, concise and to-the-point. If a grievance does not meet these criteria, the offender shall be instructed to rewrite it as a simple, straight forward statement of his/her concerns. The entire grievance should be contained within the space allowed on State Form 45471. Multi-page statements generally shall not be accepted. At the discretion of the Executive Assistant, the offender may be requested to supply more detailed information after the submission of the grievance.

Grievances based on hearsay (third party information) are not acceptable. A grievance is to fully describe an issue that directly affects the offender or of which the offender has direct knowledge. Should a grievance not meet these criteria, it shall be returned to the offender with a written notation explaining why the grievance is returned and what may be done to correct the grievance.

Grievances citing multiple unrelated incidents/issues are not acceptable. Grievances are to be limited to one (1) incident/issue and should contain sufficient information to allow an investigation. When a grievance is submitted which does not meet this requirement, the offender is to be notified that it is not acceptable as written and must be rewritten to accommodate the format. Where a problem has several aspects, the

| POLICY AND ADMINISTRATIVE PROCEDURES | | | |
|---|---|---|---|
| Indiana Department of Correction | | | |
| **Manual of Policies and Procedures** | | | |
| Number | Effective Date | Page | Total Pages |
| 00-02-301 | 12/01/05 | 17 | 29 |
| Title | | | |
| **OFFENDER GRIEVANCE PROCESS** | | | |

Executive Assistant should instruct the offender to state grievances in a general way that encompasses all pertinent information.

B.     Receiving the Grievance – Executive Assistant

All formal grievances submitted by offenders are to be forwarded to the Executive Assistant as soon as possible. Upon receipt of the grievance, the Executive Assistant or designee is to log the grievance and assign a case number. All grievances received by the Executive Assistant shall be logged and assigned a case number, even if the grievance is later returned to the offender. Grievances shall be assigned a case number and logged within two (2) working days of submission by the offender. Additionally, the Executive Assistant shall generate a receipt for the grievance and shall return the receipt to the offender within one (1) working day from the date the grievance is logged.

Following the logging and assigning of a case number, the Executive Assistant shall review the grievance to ensure that it contains all of the required information and is in compliance with these administrative procedures. If the Executive Assistant determines that the grievance does not meet the requirements of these administrative procedures, the Executive Assistant shall return the grievance to the offender with an explanation as to why the grievance was returned and how the grievance may be corrected. State Form 45475, RETURN OF GRIEVANCE, shall be used for this purpose. It will be the responsibility of the offender to make the necessary revisions to the grievance and to return the revised grievance to the Executive Assistant within five (5) working days from the date that it is returned to the offender. (NOTE: If the grievance is returned to the offender because the offender has not attempted to resolve the grievance informally, the offender shall be given five (5) working days from the date the State Form 45475 is completed to initiate the informal process. All time frames will then apply to the grievance.)

The Executive Assistant is not authorized to combine or rewrite similar grievances from an offender into one grievance. The grievances are to be returned to the offender with instructions to rewrite the grievances into one grievance. The Executive Assistant shall make no changes or corrections to the grievance. If the Executive Assistant does not believe that adequate information is provided in the grievance, the Executive Assistant may contact the offender either through correspondence or personally to request the needed information. Grievances that are not legible shall be returned to the offender for rewriting.

| POLICY AND ADMINISTRATIVE PROCEDURES | | | |
|---|---|---|---|
| Indiana Department of Correction **Manual of Policies and Procedures** | | | |
| Number 00-02-301 | Effective Date 12/01/05 | Page 18 | Total Pages 29 |
| Title **OFFENDER GRIEVANCE PROCESS** | | | |

When the Executive Assistant determines that the grievance is complete and meets the requirements of these administrative procedures, it shall be determined whether the grievance is a grievance dealing with routine facility operations or whether it falls into one of the following categories:

- Medical
- Imposition of Non-Contact visits
- Denial of visits with minors
- Denial of request to correspond with another confined person

If the grievance concerns a medical issue, the Executive Assistant shall forward it to the Facility Health Care Administrator for investigation. If the grievance concerns the denial of visitation with minors due to a sex crime involving a minor, the Executive Assistant shall contact the local Sex Offender Monitoring and Management (SOMM) coordinator to determine whether a SOMM Facility Review needs to be conducted. If the grievance concerns the imposition of non-contact visits or a request to correspond with another confined person, the grievance shall be discussed with the Facility Head and an investigation conducted as instructed by the Facility Head. All other grievances shall be investigated by the Executive Assistant or staff designated by the Facility Head.

The Executive Assistant or designee shall have 15 working days from the date that the grievance is received to complete the investigation of the grievance and provide a response to the offender. The Executive Assistant or designated staff shall, as needed:

1.   Interview staff or offenders or request written statements from relevant staff or offenders;

2.   Review local procedures;

3.   Review relevant department policies/procedures or other guidelines;

4.   Review as necessary inventories, daily logs, medical records, etc;

5.   Interview witnesses as appropriate;

6.   Interview resource staff (doctors, supervisors, chaplain, etc.) for additional information as necessary; and

7.   Take any other responsible action as directed by the Facility Head.

| POLICY AND ADMINISTRATIVE PROCEDURES | | | | |
|---|---|---|---|---|
| Indiana Department of Correction | | | | |
| **Manual of Policies and Procedures** | | | | |
| Number | | Effective Date | Page | Total Pages |
| 00-02-301 | | 12/01/05 | 19 | 29 |
| Title | | | | |
| OFFENDER GRIEVANCE PROCESS | | | | |

Upon completion of the investigation, the Executive Assistant shall write a response to the grievance using the response form in the OGRE II system and print a copy of the response. The Executive Assistant shall ensure that the response is logged in the OGRE II system and that the grievance response is appropriate and approved by the Facility Head. The response shall include the following information, if applicable:

- Name of the designated staff person who investigated the grievance, if other than the Executive Assistant;

- Names of witnesses interviewed and/or resource staff consulted (sources of confidential information shall not be disclosed);

- Policy or other guidelines as necessary;

- Evidence found or note inability to find evidence;

- Conclusion/decision reached by the Executive Assistant or other designated staff person and the reason(s) for this conclusion/decision;

- Corrective action that has been/shall be taken to resolve the issue and a completion date for that action, when known, and actions taken to ensure that all appropriate staff are notified when corrective action is to be taken; and,

- Response that addresses the issue grieved.

The Executive Assistant shall sign and date the response and ensures that copies of relevant documents are attached to the facility file copy of the grievance.

Following the determination that the grievance response contains all of the required information, the Executive Assistant shall sign the grievance response, send it to the offender and place a copy in the offender's facility packet. The grievance response shall be returned to the offender within 15 working days from the date of receipt, unless the Facility Head has granted an extension in accordance with these administrative procedures.

C.     Appeals to Grievance Responses:

Upon receipt of the grievance response from the Executive Assistant, the offender shall be responsible for reviewing the response and determining

# POLICY AND ADMINISTRATIVE PROCEDURES

Indiana Department of Correction

**Manual of Policies and Procedures**

| Number | | Effective Date | Page | Total Pages |
|---|---|---|---|---|
| 00-02-301 | | 12/01/05 | 20 | 29 |

| Title |
|---|
| **OFFENDER GRIEVANCE PROCESS** |

whether the response adequately addresses the issues in the grievance. The offender shall be permitted to appeal the grievance to the Department's Department Offender Grievance Manager if the offender disagrees with the response.

Appeals must address the basic issue(s) of the initial grievance. The appeal may contain additional facts or information regarding the original issue and may raise concerns regarding the response from the previous level. Appeals shall not raise new and/or unrelated issues. The offender must state why the previous response was unacceptable, thereby establishing a rationale for the appeal and the basis for a reinvestigation. The appeal must be legible, signed and dated by the offender, unless the offender cannot sign the appeal and a staff member has indicated why the offender was not able to sign.

An appeal must be filed within ten (10) working days from the date of receipt of the grievance response. This time frame may be waived by the Department Offender Grievance Manager if it is determined that there are valid reasons to do so. The original grievance, the grievance response and any other information submitted with the original grievance must be included with the appeal.

The appeal must be filed with the Executive Assistant who shall indicate the date received and shall generate a receipt for the appeal. The receipt shall be given to the offender within one (1) working day from the date the appeal is logged. The Executive Assistant shall log the appeal and determine whether all pertinent information is included. If the appeal is complete, the Executive Assistant or designee shall scan all of the pertinent information relating to the grievance and appeal into his/her computer and send all of the information to the Department Offender Grievance Manager via e-mail. Once the appeal and related materials have been received by the Department Offender Grievance Manager, the Executive Assistant shall be sent a confirmation via e-mail indicating that the appeal has been received by the Department Offender Grievance Manager. The Executive Assistant is to complete these actions within five (5) working days of receipt.

The Department Offender Grievance Manager shall review all of the information received with the appeal. The actions taken by the Department Offender Grievance Manager include:

- Concurring with the initial grievance response and denying the appeal;
- Granting the appeal, in whole or in part;

## POLICY AND ADMINISTRATIVE PROCEDURES
Indiana Department of Correction
**Manual of Policies and Procedures**

| Number | Effective Date | Page | Total Pages |
|---|---|---|---|
| 00-02-301 | 12/01/05 | 21 | 29 |

Title
### OFFENDER GRIEVANCE PROCESS

- Contacting the facility for additional information as determined necessary; or,
- Returning the grievance to the facility if it appears that the initial grievance response investigation did not address the issues raised in the grievance.

If the Department Offender Grievance Manager believes that additional information is needed in order to respond, he/she may contact the Executive Assistant and request additional information. If it appears that the initial investigation by staff at the facility did not address the issues raised in the initial grievance, the Department Offender Grievance Manager may order through the Executive Assistant that the grievance be re-investigated.

When completing the response to an offender's grievance appeal, the Department Offender Grievance Manager shall include the following elements:

1. The names of witnesses interviewed and/or resource staff consulted (sources of confidential information need not be disclosed), if additional witnesses are contacted;

2. Any policies, administrative or operational procedures, operation directives, statutes and other guidelines that have been relied upon to formulate a response, as necessary;

3. Any evidence that is found or the inability to find evidence to support the grievance or grievance response;

4. The decision reached by the Department Offender Grievance Manager and the reasons that such decision was reached;

5. Any corrective action that has been or shall be taken to resolve the issue, including a projected completion date for the action, if available;

6. The response must address the original issue grieved;

7. The response is to be signed and dated by the Department Offender Grievance Manager; and,

| POLICY AND ADMINISTRATIVE PROCEDURES | | | |
|---|---|---|---|
| Indiana Department of Correction<br>**Manual of Policies and Procedures** | | | |
| Number<br>    00-02-301 | Effective Date<br>            12/01/05 | Page<br>    22 | Total Pages<br>      29 |
| Title<br>    **OFFENDER GRIEVANCE PROCESS** | | | |

8.   Any copies of relevant and newly discovered documents that are sent to the Executive Assistant to be maintained with the grievance files

The Department Offender Grievance Manager shall complete his/her investigation and submit a response to the appeal within 20 working days from the date of receipt, unless the Department Offender Grievance Manager notifies the offender and the facility housing the offender in writing that the appeal will take additional time to complete. The appeal response shall be prepared using the response form as found in the OGRE II system. The decision of the Department Offender Grievance Manager shall be final and shall end the offender's administrative remedies for the issues in this grievance. Once the response is completed, the appeal response shall be returned to the Executive Assistant via e-mail. It shall be the responsibility of the Executive Assistant to review the appeal response, log the response, print a copy of the response and ensure that the offender receives the response within two (2) working days from the date that the Executive Assistant receives the response from the Department Offender Grievance Manager.

XV.   TIME FRAMES:

Offenders are to initiate the informal portion of the Offender Grievance Process within five (5) working days following the incident or action that is the basis of the grievance occurs. Unless so ordered by a court of competent jurisdiction, the Commissioner, the Deputy Commissioner/Operations, the Department's Medical Director or their designees, no informal grievance shall be accepted after the five (5) working days unless the offender can show just cause for accepting the grievance or a written grievance was returned to the offender due to failing to use the informal process. Grievances received after five (5) working days from the date of the incident shall be discussed with the offender and the offender advised that the grievance is not timely. Unless the offender presents information that can explain why the grievance should be considered past the time limit, no further action shall be taken on the grievance and the offender shall not submit a formal written grievance.

Responses shall be made within fixed time limits at each level of decision. From the initial grievance to the final appeal response, grievances are to be processed within 90 working days, unless the Facility Head, or designee, or the Department Offender Grievance Manager advises of an extension in the time frame in writing to all parties involved. Extensions of the time frames will be for a specific period of time. Failure of staff to respond in accordance with the established time limit

| POLICY AND ADMINISTRATIVE PROCEDURES | | | |
|---|---|---|---|
| Indiana Department of Correction | | | |
| **Manual of Policies and Procedures** | | | |
| Number | Effective Date | Page | Total Pages |
| 00-02-301 | 12/01/05 | 23 | 29 |
| Title | | | |
| **OFFENDER GRIEVANCE PROCESS** | | | |

or extension at any stage of the process shall entitle the offender to move to the next stage of the process.

If the Facility Head or designee declines to grant an extension and the time frame has expired at the current level, the Executive Assistant shall notify the offender who may appeal to the next level of review. The Executive Assistant or designated staff shall ensure that the offender has access to any forms necessary to proceed with the grievance process and shall ensure that the offender receives any necessary form(s) within one (1) working day from the date of request.

Offenders are responsible for ensuring that a formal grievance or grievance appeal is submitted within the time frames noted. Failure of the offender to submit the grievance or appeal within the noted timeframes may cause the formal grievance or grievance appeal not to be considered. The Facility Head or Department Offender Grievance Manager may consider a grievance or grievance appeal submitted outside the noted timeframes if it appears that there was an appropriate reason for the delay.

When the Facility Head declares a facility emergency in accordance with Policy 02-03-102, "Emergency Response Operations," all time limits shall be suspended. During facility lockdowns that last for an extended period of time, the Facility Head may elect to allow offenders to submit grievances; in such cases, the time limits shall apply unless the Facility Head designates in writing an extension for a fixed period. Grievances that concern life threatening situations shall not be subject to a suspension of the time frames.

At each step of the formal grievance process an extension of time may be granted to either staff or the offender. A request shall be submitted to the Facility Head or Department Offender Grievance Manager requesting that an extension of time be granted with an explanation as to why the extension of time is necessary. Upon review of the request, the Facility Head or Department Offender Grievance Manager may either approve or deny the request. If the request is approved, an extension of up to ten (10) working days may be granted at each level of the grievance process in accordance with these administrative procedures. The extension shall be signed and dated by the Facility Head or designee for grievances or the Department Offender Grievance Manager for appeals. The written extension of the time frame shall specify a reason for the extension and the specific length of the extension. The Executive Assistant shall record any time frame extensions. The 90 working days time frame for processing a grievance shall be extended by the same number of days as granted in the extension, if necessary.

| POLICY AND ADMINISTRATIVE PROCEDURES ||||
|---|---|---|---|
| Indiana Department of Correction<br>**Manual of Policies and Procedures** ||||
| Number<br>00-02-301 | Effective Date<br>12/01/05 | Page<br>24 | Total Pages<br>29 |
| Title<br>**OFFENDER GRIEVANCE PROCESS** ||||

The following time frames shall be observed in the processing of a grievance, and appeal;

A.  The offender shall contact staff to discuss a grievance as soon as possible after the incident, but no later than five (5) working days from the date of the incident.

B.  The staff person initially contacted by the offender shall determine whether he/she can assist the offender in resolving the grievance and, if not, shall contact a staff person who may be able to assist the offender within 24 hours from the offender's initial contact.

C.  The staff person contacted shall respond to the offender's grievance within ten (10) working days from the date of the offender's contact.

D.  If the grievance cannot be resolved informally by the offender and staff, the offender may submit a formal written grievance using State Form 45471. If the offender does not have immediate access to State Form 45471, staff must ensure that the offender is provided with this form within one (1) working day from the date the form is requested.

E.  The formal written grievance must be filed within 20 working days from the date of the incident or triggering event. The formal grievance must be given to the Executive Assistant. Failure of the offender to file the grievance within this time frame due to failure to obtain State Form 45471 shall not be grounds for rejecting the grievance.

F.  The Executive Assistant shall log and review the offender's formal grievance within two (2) working days. If the grievance is accepted, the Executive Assistant shall provide the offender with a receipt for the grievance within one (1) working day from the date the grievance is logged. If it is determined that the grievance does not meet the criteria or additional information is needed, it shall be returned to the offender. The offender must return the grievance to the Executive Assistant within five (5) working days from the date that it is returned to the offender for revision.

G.  The Executive Assistant shall investigate the grievance and respond to the offender within 15 working days from the date the grievance is received. If the grievance has been returned to the offender for revision or additional information, the 15 working days shall begin on the date that the grievance is returned to the Executive Assistant.

| POLICY AND ADMINISTRATIVE PROCEDURES | | | |
|---|---|---|---|
| Indiana Department of Correction **Manual of Policies and Procedures** | | | |
| Number 00-02-301 | Effective Date 12/01/05 | Page 25 | Total Pages 29 |
| Title **OFFENDER GRIEVANCE PROCESS** | | | |

H.   If the offender does not agree with response from the Executive Assistant, the offender may file an appeal to the Department Offender Grievance Manager within ten (10) working days from the date the offender receives the response from the Executive Assistant.

I.   If the offender does not have immediate access to the forms necessary to appeal the grievance response, the Executive Assistant shall ensure that the offender receives the necessary form(s) within one (1) working day from the date of request. Upon receipt of the appeal, the Executive Assistant shall have five (5) working days to review, log, scan and e-mail the appeal to the Department Offender Grievance Manager. The Executive Assistant shall provide the offender with a receipt for the appeal within one (1) working day from the date the appeal is logged.

J.   Upon receipt of the appeal, the Department Offender Grievance Manager shall send an e-mail to the Executive Assistant advising that the appeal has been received. The Executive Assistant shall log the receipt of the appeal into the grievance log.

K.   The Department Offender Grievance Manager shall investigate the appeal, render a decision and return a response to the Executive Assistant for delivery to the offender within 20 working days from the date that the grievance is received by the Department Offender Grievance Manager.

L.   Upon receipt of the appeal response from the Department Offender Grievance Manager, the Executive Assistant shall log and review the response and provide the offender with a copy within two (2) working days.

XVI.   <u>TRANSFER OR RELEASE FROM SUPERVISION</u>:

An offender may pursue or originate a formal written grievance at a facility from which he/she has been transferred or released from supervision only under the following conditions:

A.   If an informal or formal grievance was initiated prior to the transfer or release, the offender may exhaust the administrative remedies available through the grievance process at the former facility.

B.   A new complaint against a former facility regarding transfer of property or funds may be initiated within 20 working days from the date of transfer or release. In such cases, the informal step of the Offender Grievance Process shall be waived.