**INDIANA DEPARTMENT OF CORRECTION**
**OFFENDER GRIEVANCE PROGRAM**
**RETURN OF GRIEVANCE**
State Form # 45475

GRIEVANCE NUMBER: _____

| TO: OFFENDER NAME AND DOC NUMBER | FACILITY: | DATE OF GRIEVANCE: |
|---|---|---|
| Pettis, Dwayne #910689 | NCF — New Castle Facility | 12-4-08 |

WORK ASSIGNMENT: Dorm Sanitation
HOUSING ASSIGNMENT: J-4 216
DATE GRIEVANCE RECEIVED: 12-5-08
DATE GRIEVANCE RETURNED: 12-8-08

THE ATTACHED GRIEVANCE IS BEING RETURNED TO YOU BECAUSE YOU HAVE FAILED TO COMPLY WITH THE ADMINISTRATIVE PROCEDURES FOR POLICY 00-02-301, "OFFENDER GRIEVANCE PROCESS." THIS GRIVANCE IS BEING RETURNED FOR THE FOLLOWING REASON(S):

____ No indication you have attempted to resolve this grievance informally. If you have attempted to resolve this grievance informally, please include the required information regarding the action taken and the response received. If you did not attempt to resolve this grievance informally, you have five (5) working days from the date below to attempt to do so; otherwise this grievance will not be considered. Document your informal resolution by attaching a request for interview form with the responding staff member's signature.

____ The grievance is a request for reimbursement or replacement of personal property that has been lost, damaged or destroyed. This claim is handled through the Tort Claim process, Policy 00-01-104. See the Law Library.

____ This grievance concerns a Classification or Disciplinary Hearing action. These types of actions are to be appealed through their own appeal process and not through the grievance process.

____ There is no indication that you were personally affected by a Department or facility action or policy/procedure.

____ This grievance appears to be on behalf of a group and group grievances are not permitted.

____ This grievance is not signed and/or dated and/or does not include you commitment name and DOC number.

____ This grievance contains multiple issues. Grievances are to address only one (1) issue unless there is a direct relationship between multiple issues. You may submit separate grievances for the separate issues.

____ This grievance is not legible, understandable, presented in a courteous manner or contains excessive legal jargon.

__X__ This grievance concerns an issue that cannot be resolved by the Department of Correction because the issue is beyond the authority of the Department. This issue may be addressed to: Your Legislatures

____ This grievance/appeal was not submitted within the allowed time frame. Unless you can show just reason(s) for this delay, this grievance/appeal will not be reviewed.

____ The issue in this grievance was reviewed and addressed previously in Grievance # _____

____ You are identified as a grievance abuser. This grievance exceeds the number of active grievances you are allowed to have in the system. To proceed with this grievance, you must withdraw at least one (1) currently pending grievance.

____ Other: _____

| PRINTED NAME OF EXECUTIVE ASSISTANT: | SIGNATURE OF EXECUTIVE ASSISTANT: | DATE OF RESPONSE: |
|---|---|---|
| Barry Holder | Barry Holder | 12-8-08 |

If you wish to proceed with this grievance, you have five (5) working days from the date of response to initiate an informal grievance, if not already done, or to return the corrected grievance to the Executive Assistant.

Exhibit L