

INDIANA DEPARTMENT OF CORRECTION
**OFFENDER GRIEVANCE PROGRAM
GRIEVANCE APPEAL**
State Form # 45473

GRIEVANCE NUMBER:

| TO: OFFENDER NAME AND DOC NUMBER | FACILITY: | GRIEVANCE DATE: |
|---|---|---|
| Dwayne Pettis # 910689 | New Castle Correctional Facility | 10/4/08 |
| HOUSING ASSIGNMENT: J4-216 | DATE GRIEVANCE RESPONSE RECEIVED: | 12/8/08 |

**REASON FOR AN APPEAL TO THE GRIEVANCE RESPONSE:**
(NOTE: Please ensure that a copy of the original Grievance, a copy of the Response and any other needed information is attached to this appeal when it is submitted.)

I am writing this grievance by the instructions of the ACLU in regards to the illegalities of the SOMM program and how they are forcing offenders to recant past sexual experiences in full detail and also forcing offenders to subject themselves to polygraph test. If offenders do not comply, they lose all their earned credit time, of which is unconstitutional, all of which concerns me, Dwayne Pettis #910689. The program violates my right not to incriminate myself by discussing my past sexual history.

I was informed by S.O.M.M staff at I.Y.C and recently here at New Castle that I would have to take the SOMM program. In fact, the reason for my transfer to New Castle was for treatment through SOMM's program. If I refuse to participate, I was informed that I would be subjected to a class A 116 report of conduct of which demonstrates not free will or voluntary, but forceful acts to ensure I take the SOMM program or lose all my earned credit time. NCCF refused to acknowledge this due process grievance, therefore, I am submitting this appeal for your review.

Signature of Offender: Dwayne Pettis    Date: 12/11/08

**FOR OFFICIAL USE ONLY**

| DATE APPEAL RECEIVED BY EXECUTIVE ASSISTANT: | DATE APPEAL FORWARDED TO CENTRAL OFFICE: |
|---|---|
| | |

| SIGNATURE OF EXECUTIVE ASSISTANT | DATE: |
|---|---|
| | |

| DATE RECEIVED IN CENTRAL OFFICE: | NAME OF PERSON RECEIVING APPEAL: |
|---|---|
| | Exhibit |