Original Please copy and RETURN

# REPORT OF CONDUCT

State Form 39590 (R3/4-94)

**INDIANA DEPARTMENT OF CORRECTION**

Case number: IYC08-10-0186
Date assigned: 10/17/08

**INSTRUCTIONS:** Type or Print clearly

**NOTE TO REPORTING EMPLOYEE:** This report is to be filled out in triplicate. All copies shall be forwarded to the screening officer, in accordance with the Disciplinary Code for Adult Offenders.

| Field | Value |
|---|---|
| Name of offender | Patrick Fields |
| Offender's DOC number | 146091 |
| Facility | IYC |
| Housing unit | North-D unit |
| Date and time of Incident | 10/16/08 1:00 p.m. |
| Place of incident | Education Building - Rm E-9 |
| Date report written | 10/16/08 |
| Offense | Refusal to Participate in a mandatory Program |
| Code number | 116 |

**DESCRIPTION OF INCIDENT** (If more space is needed attach additional sheets in triplicate)

On Thursday, October 16, 2008 at about 1:00 pm Offender Patrick Fields #146091 failed to show for the SOMM treatment Resistant Group for the 2nd time. The dates of his absences were (10/2/08) and (10/16/08). The SOMM program was made mandatory by Executive Directive 06-30. Offender Patrick Fields #146091 was informed as to the content of the Executive Directive 06-30 and the consequence he would receive if he refused, quit or was Removed from the SOMM program. Offender Patrick Fields #146091 was informed after the 1st absence to ensure to attend every group to meet the expectations of the SOMM program. Offender Patrick Fields #146091 was placed into the Treatment Resistant group due to being unable to take responsibility and failing a polygraph. Offender Patrick Fields #146091 has been Removed from the SOMM program for failure to comply with the attendance policy and to make satisfactory progress.

**Disposition of physical evidence, if any:** Executive Directive 06-30; State Form 49826; SOMM informed consent, SOMM Participation Agreement

**Witness(es), if any:**

**Signature of reporting employee:** Sarah Keller
**Name and title (please print):** Sarah Keller - SOMM Counselor
**Screening officer:** [signature]

**FOR SCREENING OFFICERS ONLY**

Copy of report delivered to offender by: [signature]
Signature of offender receiving copy: [signature]
Date report delivered (month day year): 10/17/08
Note here if offender refuses to sign: Exhibit

**DISTRIBUTION:** White - Offender; Canary - Central Office; Pink - Facility Packet