**INDIANA DEPARTMENT OF CORRECTION**

## DISCIPLINARY HEARING APPEAL
State Form 39587 (R3/4-94)

Case number: IYC 08-10-0186

**INSTRUCTIONS:** Type or Print clearly

| Name of offender | Offender's DOC number | Facility | Housing unit |
|---|---|---|---|
| PATRICK FIELDS | 146091 | IYC | D-4-9-L |

| Date of hearing | Offense | Code number | Date of first appeal |
|---|---|---|---|
| 10-21-08 | Failure to participate | 116-A | 11-6-08 |

**INSTRUCTION:**
Appeal must first be made to the facility head within ten (10) working days of the hearing. The individual making the appeal will do so in Section 1 and forward to the facility head, who will make his response in Section 2. The facility head is the final reviewing authority for appeals not involving grievous loss sanctions. *(If the response is unfavorable and involves grievous loss sanctions, the offender may then forward the appeal, within fifteen (15) working days of the date the response is received from the facility head, to the appropriate Final Reviewing Authority).*

### SECTION 1
*Appeal to Facility Head (Be specific in stating reason(s) for appeal)*

I feel I am not guilty of this write up due to many reasons I have listed in the attached papers. I also have several statements from staff members that should help prove that I couldn't have known about the first class. I also had a pass to medical on the date of the second class. I have never refused somms and am willing to take responsibility for the things I have done.

SEE ATTACHED

Signature of offender: Patrick Fields
Date: 11-6-08

### SECTION 2
*Response of Facility Head to appeal.*

You do present sufficient evidence (the medical pass and statements from staff) to verify your argument that you had a verified excuse for your abscence. As such I am dismissing this charge against you and as such re-instating your loss of Time Class.

Signature of Facility Head: [signature]
Date: 12/[?]/08

Exhibit O

**NOTE:** Offender is responsible for sending copy to Central Office if final review and decision is required.