

# INDIANA DEPARTMENT OF CORRECTION
## OFFENDER GRIEVANCE PROGRAM
## FORMAL GRIEVANCE
State Form # 45471

RECEIVED

For Official Use Only

Grievance Number _____

| TO: EXECUTIVE ASSISTANT | FACILITY: DEC 12 2008 | DATE: |
|---|---|---|
| MR. HOLDER | NCCF | 12-10-08 |

FROM: (OFFENDER NAME & DOC NUMBER)
PATRICK FIELDS 146091

SIGNATURE OF OFFENDER: Patrick Fields

WORK ASSIGNMENT: DORM DETAIL

HOUSING ASSIGNMENT: J4-230

### INFORMAL COMPLAINT

Please explain what steps you have taken in order to try to resolve this issue informally. Please indicate the staff person(s) with whom you have discussed this issue and any response(s) or action(s) that were to resolve this issue.

STAFF PERSON(S) CONTACTED:
MRS. BOYD  MR. SHORE  MRS SCHNYDER  MR. GREYSON

STAFF PERSON WHO RESPONDED: MRS. SCHNYDER

DATE RESPONSE RECEIVED: 9-20-08

STATE COMPLAINT PRESENTED TO STAFF AND THE RESPONSE RECEIVED: (NOTE: A SINGLE ONE-SIDED 8½" X 11" SHEET OF PAPER MAY BE ATTACHED IF NECESSARY TO EXPLAIN YOUR GRIEVANCE.) I WAS FORCED TO sign up for THE SOMM PROGRAM. MRS BOYD called myself and half dozen other guys out of our dorms and to us we had to voluntarily sign up to participate in THE SOMM program. SHE STATED IF WE DID NOT sign the INFORMED consent FORM (STATE Form 49826) AND, SOMM participation Agreement FORM we would Be written up with A class "A" writeup. I WAS AT NO TIME made AWARE OF Executive DIRECTIVE 06-30. I STATED TO HAVE MAINTAINED my innocence EVEN AFTER my JURY TRIAL AND WAS WORKING TOWARD Filing my Appeal AND DID not FEEL I SHOULD DO THE SOMM classes until

### FORMAL GRIEVANCE

PROVIDE A BRIEF, CLEAR STATEMENT OF YOUR GRIEVANCE. INCLUDE ANY INFORMATION THAT WAS NOT INCLUDED IN YOUR INFORMAL COMPLAINT THAT MAY ASSIST STAFF IN RESPONDING TO YOUR GRIEVANCE. (NOTE: May be continued on same sheet as used to state your complaint.) AS part OF THE SOMM Programs Flagerantly COERSIVE TATICS In conscripting SO CALLED VOLUNTEER FOR THIER QUESTIONABLE GROUP THERAPY classes. THEY HAVE VIOLATED my 5th + 14th AMENDMENTS Rights By Forcing me TO self incrimination AND interrogation with out AN ATTORNEY PRESENT.

STATE RELIEF THAT YOU ARE SEEKING. SOMM Program SHOULD BE ABOLISHED OR AT LEAST Seriously RETOOLED. THE PROGRAM HAS MADE To powerful AND SHOULD BE RETHOUGH I Believe DUE TO THE VIOLATION OF my Rights AND THE Appeals process I SHOULD BE EXEPTED FROM SOMM in D.O.C. and on the STREET AFTER RELEASE.

Your grievance has been received and will be processed in accordance with Policy 00-02-301.

EXHIBIT P

1 of 2

Signature of Executive Assistant _____   Date _____

INFORMAL STATEMENT cont.

All my appeals where exhausted. Mrs Boyd just told us either sign the forms or be written up, lose goodtime and be dropped to Time class III. So, I signed "under duress" on all forms.

Sometime later, I was called to Mr. Shones' office. And assigned to his High Risk SOMM Phase II group therapy classes. I have known Mr. Shone from my time at C.I.F back in '05. I informed him that I had no intensions of admitting to anything that may be used against me in my appeals process or in bringing possible criminal charges against me for pervious possible crimes. I envoched my 5th admendment rights at that time. Mr. Shone then told me in an agrevated tone that I would be required to take a polygraph test to determine wether I was lying or not. I agreed "under duress" again. A few weeks later I was told by the polygrapher that I had to take the test or (again) be written up for a "116 A" loss goodtime and my job as well as be put into Time class III when I asked about having an attorney present during questioning. He told me I had "no right to have a lawyer present and shut up and answer the questions". Violating my 5th + 14th amendment rights.